**Opinion issued June 13, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00141-CV

———————————

## ACCOUNTABLE HEALTHCARE STAFFING, INC., Appellant

## V.

## TONY BONILLA IND AND DBA ICON HOSPITAL, Appellees

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1159554**

---

## MEMORANDUM OPINION

Appellant, Accountable Healthcare Staffing, Inc., has filed a motion to dismiss this appeal, asserting that a subsequent order moots the appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy